THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>TRACY RAELENE ARNDT,<br><br>Defendant. | CR-19-11-GF-BMM<br><br>**ORDER** |

Defendant Tracy Raelene Arndt moved for early termination of her current term of probation on September 11, 2020. (Doc. 83.) The Government opposes early termination of Defendant's probation. (*Id.* at 1.) The Court conducted a hearing on the motion on September 15, 2020. The Court determined that it would not grant a motion by Defendant requesting early termination of her probationary sentence until April 11, 2021, contingent upon Defendant's continued compliance with her probation conditions. Should Defendant continue to comply with the conditions of her probation as of April 11, 2021, she is encouraged to request early termination of the remainder of her probationary sentence upon that date.

Accordingly, for the reasons discussed in open Court, **IT IS ORDERED** that Defendant's Motion for Early Termination of Probation (Doc. 83) is **DENIED**.

DATED this 15th day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court